UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

   -v-

LAURA & MELINDA, INC., a New York
corporation d/b/a Laura & Melinda, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 9844 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for general pretrial management. (Dkt. No. 9). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants Laura & Melinda, Inc. d/b/a Laura & Melinda, 7115 International Inc. d/b/a 7115 By Szeki, and Venter Trace Realty LLC (collectively, the "Defendants") to respond to the Complaint (Dkt. No. 1) was December 29, 2025. (Dkt. Nos. 10–12). To date, Defendants have not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **January 13, 2026**. DEFENDANTS ARE WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT BY **JANUARY 13, 2026**, MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS.

Dated:     New York, New York
          December 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**