UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                              Plaintiff,

       -v-

                                                          CIVIL ACTION NO. 25 Civ. 9844 (VSB) (SLC)

                                                                         **ORDER**

LAURA & MELINDA, INC., a New York
corporation d/b/a Laura & Melinda, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants Laura & Melinda, Inc. d/b/a Laura & Melinda ("Laura & Melinda"), 7115 International Inc. d/b/a 7115 By Szeki ("7115"), and Venter Trace Realty LLC ("Venter") (together, "Defendants") to respond to the Complaint (Dkt. No. 1) was originally December 29, 2025.  (Dkt. Nos. 10–12). See Fed. R. Civ. P. 12(a)(1)(A)(i).  On December 30, 2025, Defendants having not responded to the Complaint, the Court sua sponte extended Defendants' deadline to respond to the Complaint to January 13, 2026.  (Dkt. No. 13).  On January 8, 2026, the Court granted Venter's request to extend its time to respond to the Complaint to February 27, 2026.  (Dkt. No. 16).  To date, however, Defendants Laura & Melina and 7115 have neither responded to the Complaint nor requested an extension of their time to do so.

As a final courtesy, the Court sua sponte **EXTENDS** the deadline for Laura & Melina and 7115 to respond to the Complaint up to and including **January 23, 2026**.  LAURA & MELINA AND 7115 ARE WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE

COMPLAINT BY **JANUARY 23, 2026**, MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO

INITIATE DEFAULT PROCEEDINGS AGAINST THEM.

Dated:      New York, New York
            January 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2