UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO. 25 Civ. 9844 (VSB) (SLC)

                                                      **ORDER**

LAURA & MELINDA, INC., a New York
corporation d/b/a Laura & Melinda, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant 7115 International Inc. d/b/a 7115 By Szeki ("7115") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was December 29, 2025.  (Dkt. No. 10).  On December 30, 2025, 7115 having not responded to the Complaint, the Court sua sponte extended 7115's deadline to respond to the Complaint to January 13, 2026.  (Dkt. No. 13).  On January 16, 2026, 7115 still not having responded to the Complaint, the Court again sua sponte extended 7115's deadline to respond to the Complaint to January 23, 2026.  (Dkt. No. 17).  To date, 7115 still has not responded to the Complaint nor has requested an extension of its time to do so.  As a final courtesy, the Court sua sponte **EXTENDS** the deadline for 7115 to respond to the Complaint up to and including **February 27, 2026**.

7115 IS WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT BY **FEBRUARY 27, 2026**, MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO

INITIATE DEFAULT PROCEEDINGS.

Dated:        New York, New York              SO ORDERED.
              January 26, 2026

                                             _____
                                             SARAH L. CAVE
                                             **United States Magistrate Judge**