# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Kerissa N. Barron**
**Direct Dial:** +1 212 373 3151
**Email:** kbarron@paulweiss.com

May 26, 2026

**BY ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

---

The Court is in receipt of the request at Dkt. No. 35 filed by Defendant Laura & Melinda, Inc. ("L&M"). (Dkt. No. 35). In light of L&M's anticipated motion to dismiss the complaint (Dkt. No. 1 (the "Complaint")), the deadline for L&M to respond to the crossclaims (the "Crossclaims") asserted in the answer filed by Defendant 7115 International Inc. d/b/a 7115 By Szeki ("7115"), (Dkt. No. 27), is **HELD IN ABEYANCE**. Further, in the interest of efficiency, the deadline for Defendant Venter Trace Realty LLC ("Venter") to respond to the Crossclaims is also **HELD IN ABEYANCE**.

The Court clarifies that the deadline for L&M and Venter to respond to the Complaint remains **May 28, 2026**.

SO ORDERED.    May 27, 2026    _Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

---

Re: _Velazquez_ v. _LAURA & MELINDA, INC., et al_, Case No. 1:25-cv-09844

Dear Judge Cave:

We represent LAURA & MELINDA, INC. ("L&M"), a Defendant in the above captioned matter. We write pursuant to Rule 1D of Your Honor's Individual Practices to request a stay of the deadline for L&M to answer, move or otherwise respond to the cross-claim asserted by co-Defendant 7115 International, Inc. ("7115") (ECF 27) against L&M ("7115's Cross-claim").

Currently, the deadline for L&M to answer, move or otherwise respond to Plaintiff's Complaint (ECF 1), and 7115's Cross-claim, is May 28, 2026. On that date, L&M anticipates moving to dismiss Plaintiff's Complaint. Accordingly, in the interest of judicial economy, L&M requests that its deadline to respond to 7115's Cross-claim be stayed until the Court decides its forthcoming Motion to Dismiss the Complaint.

7115 consents to this request. This is L&M's third request for an extension of time to respond to 7115's Cross-claim. The parties are not currently scheduled to appear before the Court.

Respectfully submitted,

/s/ Kerissa N. Barron
Kerissa N. Barron

cc: All counsel of record (_by ECF_)