# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Kerissa N. Barron**
**Direct Dial:** +1 212 373 3151
**Email:** kbarron@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

> The request at Dkt. No. 48 filed by Defendant Laura & Melinda, Inc. ("L&M") requesting the Court stay the deadline for L&M and Defendant 7115 International, Inc. ("7115") to respond to the cross-claims filed by Defendant Venter Trace Realty LLC ("Venter") (Dkt. No. 38 (the "Venter Crossclaims") is **GRANTED**. (Dkt. No. 48).  Given that both L&M and 7115 have moved to dismiss the complaint, (Dkt. Nos. 39; 46 (the "MTDs")), the deadline for L&M and 7115 to respond to the Venter Crossclaims is **HELD IN ABEYANCE** pending the Court's decision on the MTDs.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 48.
>
> SO ORDERED.    June 22, 2026
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

June 18, 2026

**BY ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:  *Velazquez* v. *LAURA & MELINDA, INC., et al*, Case No. 1:25-cv-09844

Dear Judge Cave:

We represent LAURA & MELINDA, INC. ("L&M"), a Defendant in the above captioned matter.  We write pursuant to Rule 1D of Your Honor's Individual Practices to request a stay of the deadline for L&M and co-Defendant 7115 International, Inc. ("7115") to answer, move or otherwise respond to the cross-claims filed by co-Defendant Venter Trace Realty LLC ("Venter Trace") (ECF 38).

On May 27, 2026, Your Honor held in abeyance the deadline for L&M and Venter Trace to answer, move or otherwise respond to the cross-claims asserted by 7115 (ECF 36).  The next day, Venter Trace filed an answer to the complaint and cross-claims against L&M and 7115 (ECF 38).  The current deadline for L&M and 7115 to respond to Venter Trace's cross-claims is June 18, 2026.  Consistent with Your Honor's May 27, 2026 Order, and in the interest of judicial economy given that both L&M and 7115 have moved to dismiss the complaint, L&M respectfully requests that the Court likewise hold in abeyance L&M's and 7115's deadline to respond to Venter Trace's cross-claims until the Court decides L&M's and 7115's motions to dismiss.

This is L&M's and 7115's first request for an extension of time to respond to Venter Trace's cross claim.  7115 joins in this request and Venter Trace consents to this request.  The parties are not currently scheduled to appear before the Court.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                          2

Respectfully submitted,

*/s/* Kerissa N. Barron
Kerissa N. Barron

cc: All counsel of record (*by ECF*)